PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Michael Bauman

Docket No. 1:21-CR-00256-RP-11

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel Palomares , pretrial services/probation officer, presenting an official report upon the conduct of defendant Michael Bauman , who was placed under pretrial release supervision by the Honorable Susan Hightower , sitting in the court at Western District of Texas-Austin Division on the 4th date of January , 2021 under the following conditions:

See Order Setting Conditions of Release dated January 4, 2021.

Condition: (7)(m): not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 7, 2022, the defendant submitted a urinalysis test which returned positive results for fentanyl. On October 17, 2022, the defendant reported to the Pretrial Office and admitted to having an addiction to fentanyl. Additionally, the defendant explained he would benefit from mental health treatment. U.S. Pretrial Services has reserved a bed space at Christian Farms Treehouse in Temple, Texas, for November 8, 2022.

The defendant's attorney, Jose I. Gonzalez-Falla, has been notified and has no objection to mental health treatment being added to the defendant's conditions of release.

The U.S. Attorney's office has been advised of the violation and concurs with the proposed course of action at this time.

The defendant is scheduled for a Docket Call on December 2, 2022 at 9:00 a.m. before Judge Robert Pitman, and Jury Selection and Trial for December 12, 2022 at 09:00 a.m. before Judge Robert Pitman.

PRAYING THAT THE COURT WILL MODIFY the conditions of release to include conditions: 7(h): get medical or psychiatric treatment if directed by U.S. Pretrial Services and 7(t): pay all or part of the costs for referrals (treatment, drug testing, residential placement) based upon your ability to pay as directed by the pretrial services or supervising officer.

PS 8
(Rev. 12/04)

Page 2

Michael Bauman
Case #1:21-CR-00256-RP-11

I declare under penalty of perjury that the foregoing is true and
correct.

Executed on   10/27/2022

### ORDER OF COURT

Considered and ordered this ___31st___ day of

___October___ , ___2022___ and ordered filed

and made a part of the records in the above case.

_____

U.S. District Judge/Magistrate Judge

_____
U.S. Pretrial Services Officer      Phone Number      | +1 (512) 839-0675 |

_____
Supervisory
U.S. Pretrial Services Officer      Phone Number      | +1 (210) 818-7861 |

Place      U.S. Pretrial Services
           501 W. 5th Street, Suite 3200
           Austin, Texas 78701