PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Michael Bauman                                              Docket No. 1:21-CR-00256-RP-11

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel Palomares, pretrial services/probation officer, presenting an official report upon the conduct of defendant Michael Bauman, who was placed under pretrial release supervision by the Honorable Susan Hightower, sitting in the court at Western District of Texas - Austin Division on the 4th date of January, 2022 under the following conditions:

> See Order Setting Conditions of Release dated January 4, 2022.
>
> Condition: (7)(m): The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
>
> Condition: (7)(o) The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On October 7, 2022, the defendant submitted a urinalysis test which returned positive results for fentanyl. On October 17, 2022, the defendant reported to the Pretrial Office and admitted to having an addiction to fentanyl. On October 27, 2022, a petition was submitted to the Court to report the results of the positive urinalysis test and requested to modify the conditions of release to include mental health treatment. Additionally, U.S. Pretrial Services advised the Court a bed was reserved for the defendant at Christian Farms Treehouse in Temple, Texas, to begin in-patient treatment on November 8, 2022.
>
> On November 8, 2022, the defendant began inpatient substance abuse treatment at Christian Farms Treehouse in Temple, Texas.
>
> On November 16, 2022, while attending inpatient substance abuse treatment the defendant submitted a urinalysis test which returned positive results for fentanyl. The defendant denied use. Confirmation is pending at this time.
>
> On November 30, 2022, while attending inpatient substance abuse treatment the defendant submitted a urinalysis test which returned positive results for fentanyl. The defendant denied use. Confirmation is pending at this time.
>
> On December 7, 2022, the defendant was unsuccessfully discharged from Christian Farms Treehouse in Temple, Texas, due to positive drug test results while attending treatment.
>
> On December 7, 2022, U.S. Pretrial Services contacted the defendant at the treatment facility and he denied use of fentanyl while attending inpatient treatment.
>
> The U.S. Attorney's office has been advised of these violations and concurs with the proposed course of action.

PS 8
(Rev. 12/04)

Page 2

Michael Bauman
Case #1:21CR00256-11

The defendant is scheduled to appear at Docket Call on March 10, 2023 at 9:00 a.m. before U.S. District Judge, Robert Pitman, and Jury Selection and Trial on March 27, 2023 at 9:00 a.m. before U.S. District Judge, Robert Pitman.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the defendant's arrest and he be brought before the court to show cause why his bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/07/2022

ORDER OF COURT

Considered and ordered this   7th   day of December , 2022   and ordered filed and made a part of the records in the above case.

U.S. District Judge/Magistrate Judge

U.S. Pretrial Services Officer     Phone Number   +1 (512) 839-0675

Supervisory U.S. Pretrial Services Officer     Phone Number   +1 (210) 818-7861

Place   U.S. Pretrial Services
501 W. 5th Street, Suite 3200
Austin, Texas 78701